■ BOARD OF MANAGERS OF VILLAGE HOUSE v PARIS B. FRAZIER et al. — Motion for reargument granted and upon reargument the memorandum decision filed with the order of this court entered on May 7, 1981 [81 AD2d 760]

is amended by changing the word "subleasing", appearing in the fourth line on page 761, to "leasing", and by changing the word "sublease", appearing in the seventh line on said page, to "lease". Concur — Murphy, P.J., Sandler, Sullivan and Fein, JJ.